NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CORNELL D.M. JUDGE CORNISH,**
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, Director, Office of Enrollment and Discipline, and WILLIAM J. GRIFFIN, Staff Attorney, Office of Enrollment and Discipline,**
*Defendants-Appellees.*

_____

2011-1041

_____

Appeal from the United States District Court for the District of Columbia in No. 07-CV-1719, Judge Richard W. Roberts.

_____

**JUDGMENT**

_____

CORNELL D.M. JUDGE CORNISH, of Washington, DC, argued for plaintiff-appellant.

RAYMOND T. CHEN, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for defendants-appellees. With him on the brief were RONALD K. JAICKS, Associate Solicitor, and SYDNEY O. JOHNSON, JR., Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 7, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |